UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADAM DISARRO,

    Plaintiff,

v.                                Case No.:  2:23-cv-120-SPC-KCD

EZRICARE, LLC, EZRIRX, LLC,
DELSAM PHARMA LLC, ARU
PHARMA, INC. and
AMAZON.COM, INC.,

    Defendants.
_____/

## **ORDER**[1]

Before the Court is a sua sponte review of the case. On February 24, 2023, the Court dismissed Plaintiff Adam Disarro's complaint for lack of subject matter jurisdiction. (Doc. 3). The Court gave Disarro until March 10, 2023, to file an amended complaint. The Court warned him that failure to file an amended complaint will result in the Court closing this action without further notice. (Doc. 3 at Pg. 3). The deadline came and went with no filing. So the Court's Order becomes a final judgment, and the case is closed. *Auto. Alignment & Body Servs., Inc. v. State Farm*, 953 F.3d 707, 719-20 (11th Cir.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

2020) (The "order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires.").

Accordingly, it is now

**ORDERED:**

1. This action is **DISMISSED without prejudice**. The Court's February 24, 2023, Order (Doc. 3) constitutes a final judgment.

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate all deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 14, 2023.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record